ACCEPTED
01-15-00774-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
9/23/2015 1:40:05 PM
CHRISTOPHER PRINE
CLERK

No. 01-15-00774-CV

# IN THE FIRST COURT OF APPEALS
# HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
9/23/2015 1:40:05 PM
CHRISTOPHER A. PRINE
Clerk

## IN RE PATTI J. WAGNER, AS GUARDIAN OF JENNY WAGNER, AN INCAPACITATED ADULT,

Relator.

_____

Original Proceeding from the 269th District Court,
Harris County, Texas, Trial Court Cause No. 2009-40925
Honorable Dan Hinde, Presiding

_____

# MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO PETITION FOR WRIT OF MANDAMUS

_____

Michael Hudgins (00787731)
Nicole James Petrelli (24035568)
THE HUDGINS LAW FIRM
A PROFESSIONAL CORPORATION
24 Greenway Plaza, Suite 2000
Houston, Texas 77046
Telephone: (713) 623-2550
Facsimile: (713) 623-2793

**COUNSEL FOR REAL PARTY IN INTEREST ANTHONIA UDUMA**

TO THE HONORABLE JUDGES OF THE FIRST COURT OF APPEALS:

Pursuant to Texas Rules of Appellate Procedure 10.5(b) and 52, Real Party in Interest, Anthonia Uduma ("Uduma"), respectfully files this first unopposed Motion for Extension of Time to file her Response to Petition for Writ of Mandamus.

### A.
### PROCEDURAL BACKGROUND

1.	The trial court entered a judgment on the jury's verdict in January 2012.

2	On March 27, 2013, the trial court vacated the Final Judgment and granted a new trial.

3.	Prior to the second trial, on August 24, 2012, Uduma filed an interlocutory appeal.

4.	This Court denied Uduma's interlocutory appeal on August 24, 2014.

5.	Uduma filed a petition for review with Texas Supreme Court, which was ultimately denied.

6.	On September 4, 2015, this Court issued its Mandate terminating the interlocutory appeal.

7.	On September 8, 2015, Patti J. Wagner as Guardian of Jenny Wagner, an Incapacitated Adult, filed her Petition for Writ of Mandamus with the First Court of Appeals.

**B.**
**BASIS FOR EXTENSION**

8.      Uduma requests a thirty (30) day extension of time to file her response to petition for writ of mandamus in this case; that is, until Wednesday, November 4, 2015. Uduma requires additional time to prepare the response because, among other continuing matters, Nicole James Petrelli and Michael D. Hudgins, counsel for Uduma, have been involved in the following matters:

a.      Mr. Hudgins was out of the office from September 6-11, 2015 on vacation;

b.      Ms. Petrelli traveled to Corpus Christi, Texas to attend a deposition in Cause No. 2014-CCV-61024-1; *Christina Rivera, Erica Brambila, Paula Jennings Daniel Rivera, Luis Rivera, Jr., Amelia Rivera Fuentes, and Amalia Cavazos, Individually and as Personal Representatives of the Estate of Luis Rivera Deceased v. AirSep Corporation, Carestat, L.L.C., American HomePatient, Inc. and American HomePatient of Texas, L.P.*; In the County Court at Law No. 1 of Nueces County, Texas on September 17, 2015;

c.      Ms. Petrelli was preparing for and attended depositions in Cause No. 2014-33026; *Kyle Barrow v. Richard F. Ford, Individually and d/b/a Brookside Inspection Services,* In the 133rd Judicial District Court of Harris County, Texas on September 22, 2015; and

d.      Ms. Petrelli is preparing and retaining expert witnesses in Cause No. 2015-CI-01973; *Veronica Garcia, Individually, and as Next Friend of Ashly Garcia, a*

*Minor and Vincent Fierros, Jr., a Minor and Alexandra Garcia v. Christus Santa Rosa Health Care Corporation, et al;* In the 166th Judicial District Court of Bexar County, Texas, which are due on October 30, 2015.

9. **This motion is unopposed.**

## C.
## CONCLUSION AND PRAYER

For these reasons, Real Party in Interest Anthonia Uduma requests that this Court grant this motion for extension of time to file a Response to Petition for Writ of Mandamus, which will now make the deadline Wednesday, November 4, 2015.

Respectfully submitted,

**THE HUDGINS LAW FIRM
A PROFESSIONAL CORPORATION**


By:    /s/ Nicole James Petrelli
Michael D. Hudgins
State Bar Number 000787731
mhudgins@hudgins-law.com
Nicole James Petrelli
State Bar Number 24035568
npetrelli@hudgins-law.com
24 Greenway Plaza, Suite 2000
Houston, Texas 77046
Telephone (713) 623-2550
Facsimile (713) 623-2793

**COUNSEL FOR REAL PARTY IN
INTEREST ANTHONIA UDUMA**


## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with counsel for Relator, Russell S. Post, and he is unopposed to the filing of this motion.

/s/ Nicole James Petrelli
Nicole James Petrelli

## CERTIFICATE OF SERVICE

Pursuant to Rule 9.5 of the Texas Rules of Appellate Procedure, I hereby certify that a true and correct copy of the foregoing *Motion for Extension of Time to File a Response to Petition for Writ of Mandamus* was served on the following:

L. Lee Thweatt
isweat@terrythweatt.com
Jospeh D. Terry
jterry@terrythweatt.com
Terry & Thweatt, P.C.
One Greenway Plaza, Suite 100
Houston, Texas 77046
Telephone (713) 600-4710
Facsimile (713) 600-4706
*Counsel for Relator*

Russell S. Post
rpost@beckredden.com
Constance H. Pfeiffer
cpfeiffer@beckredden.com
William Peterson
wpeterson@beckredden.com
Parth S. Gejji
Pgejji@beckredden.com
Beck, Redden & Secrest
1221 McKinney, Suite 4500
Houston, Texas 77010
Telephone (713) 951-3700
Facsimile (713) 951-3720
*Counsel for Relator*

via electronic service on this 23rd day of September  2015.

/s/ Nicole James Petrelli
Nicole James Petrelli